IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02977-LTB

CURT ALLEN SIGLER,

    Plaintiff,

v.

COOPER, TANIS AND COHEN, PC,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the "Ex Parte Motion for Immediate Relief" filed by Plaintiff on August 15, 2012 (ECF No. 8).  This case was closed by order of dismissal dated January 9, 2012.  Therefore, Plaintiff cannot obtain any further relief in this case and the Motion is DENIED.

    Dated:  August 16, 2012